No. 111, Orig. TEXAS ET AL. *v.* NEW YORK. Motion of Massachusetts to dismiss its amended complaint without prejudice denied. Amended complaint of Massachusetts dismissed. [For earlier order herein, see, *e. g.,* 512 U. S. 1202.]

No. 121, Orig. LOUISIANA *v.* MISSISSIPPI ET AL. Motion of the Houston defendants for leave to file a supplemental answer granted. [For earlier order herein, see, *e. g.,* 510 U. S. 1174.]

No. 92–519. JOHNSON, SPEAKER OF THE FLORIDA HOUSE OF REPRESENTATIVES, ET AL. *v.* DE GRANDY ET AL., 512 U. S. 997. Motion of appellants Bolley Johnson et al. to retax costs granted.

No. 92–1450. WATERS ET AL. *v.* CHURCHILL ET AL., 511 U. S. 661. Motion of respondents to retax costs denied.

No. 93–723. UNITED STATES *v.* X-CITEMENT VIDEO, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 510 U. S. 1163.] Motion of National Law Center for Children and Families et al. for leave to participate in oral argument as *amici curiae* and for additional time for oral argument denied.

No. 93–1633. SWAN ET AL. *v.* PETERSON, WARDEN, ET AL. C. A. 9th Cir. Motion of Charles R. Nesson for leave to file a brief as *amicus curiae* granted.

No. 93–1857. CARPENTERS DISTRICT COUNCIL OF NEW ORLEANS AND VICINITY ET AL. *v.* DILLARD DEPARTMENT STORES, INC., ET AL. C. A. 5th Cir.;

No. 93–2068. KIMBERLIN *v.* QUINLAN ET AL. C. A. D. C. Cir.;

No. 94–12. SEMINOLE TRIBE OF FLORIDA *v.* FLORIDA ET AL. C. A. 11th Cir.;

No. 94–35. ALABAMA ET AL. *v.* POARCH BAND OF CREEK INDIANS ET AL. C. A. 11th Cir.;

No. 94–189. POARCH BAND OF CREEK INDIANS *v.* ALABAMA ET AL. C. A. 11th Cir.; and

No. 94–219. FLORIDA ET AL. *v.* SEMINOLE TRIBE OF FLORIDA. C. A. 11th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 93–1882. SWANSON ET AL. *v.* NORTH CAROLINA ET AL. Sup. Ct. N. C. Motion of National Association of Retired Federal Employees et al. for leave to file a brief as *amici curiae* granted.

No. 93–1911. SANDIN, UNIT TEAM MANAGER, HALAWA CORRECTIONAL FACILITY *v.* CONNER ET AL. C. A. 9th Cir. Motion